The People of the State of New York, Respondent, v. Stanley F. Siwirski, Appellant.— Judgment of conviction affirmed. All concur, except

Harris, J., who dissents and votes for reversal and for granting a new trial on the ground that the record before the court does not contain sufficient evidence to warrant a conviction. (The judgment convicts defendant of the crime of reckless driving.) Present — Taylor, P. J., Dowling, Harris, McCurn and Larkin, JJ.